1   **HONORABLE RICARDO S. MARTINEZ**

2

3

4

5

6   **UNITED STATES DISTRICT COURT**
    **WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

7

8   NORTHWEST LABORERS-EMPLOYERS
    HEALTH & SECURITY TRUST, et al.                NO. C06-492RSM

9                     Plaintiffs                  ORDER OF DEFAULT JUDGMENT

10         v.                                     **Clerk's Action Required**

11  LASST CONSTRUCTION CO., INC.

12                    Defendant

13       Plaintiffs Northwest Laborers-Employers Health & Security Trust et al. have moved the

14  Court for an Order of Default Judgment against the Defendant Lasst Construction Co., Inc. as

15  follows:

16                              **JUDGMENT SUMMARY**

17      1. Judgment Creditors:     Northwest Laborers-Employers Health & Security Trust et al.
        2. Judgment Debtor:                                      Lasst Construction Co., Inc.
18      3. Contributions:                                                       $20,018.92
        4. Liquidated Damages:                                                   $7,052.07
19      5. Interest:                                                             $2,471.78
        6. Costs:                                                                  $446.64
20      7. Attorney's Fees:                                                      $3,229.05
        8. Post Judgment Interest:                         Fifteen percent (15%) per annum
21      9. Attorney for Judgment Creditors:                                    Mary L. Stoll

22

ORDER OF DEFAULT JUDGMENT—1
Case No. C06-492RSM

Law Offices of
**Mary L. Stoll**
2033 Sixth Avenue — Suite 815
Seattle, WA  98121-2573
Telephone: 206-623-2855
Fax:  206-667-9805

1     Pursuant to Plaintiffs' motion for entry of an Order of Default Judgment against Defendant
2 Lasst Construction Co., Inc., and the Court having considered the pleadings on file, it is hereby
3     **ORDERED** that Plaintiffs be awarded Default Judgment against Lasst Construction Co.,
4 Inc., representing delinquent fringe benefits contributions and wage deductions of $20,018.92 for
5 the period June 2005 through February 2007, liquidated damages of $7,052.07, interest of
6 $2,471.78, costs of $446.64, and attorney fees of $3,229.05, for a total amount owing of
7 $33,218.46.
8     **IT IS FURTHER ORDERED** that Plaintiffs are not foreclosed from their rights to pursue
9 and collect additional fringe benefit contributions or wage deductions for June 2005 through
10 February 2007, which may in the future be disclosed as owing as a result of Defendant Lasst
11 Construction Co., Inc.'s failure to accurately report such fringe benefit contributions and
12 deductions on its monthly remittance reports.
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /

ORDER OF DEFAULT JUDGMENT—2
Case No. C06-492RSM

**Law Offices of**
**Mary L. Stoll**
2033 Sixth Avenue — Suite 815
Seattle, WA 98121-2573
Telephone: 206-623-2855
Fax: 206-667-9805

1   **IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid

2   balance at the rate of fifteen percent (15%) per annum.

3   DATED this 10th day of May, 2007

 

                                          _____
                                          RICARDO S. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Presented by:

s/ Mary L. Stoll
_____
Mary L. Stoll, WSBA No. 16446
Law Offices of Mary L. Stoll
2033 Sixth Avenue — Suite 815
Seattle WA  98121-2573
Telephone 206-623-2855
Fax 206-667-9805
Email marys@mlstoll-law.com

ORDER OF DEFAULT JUDGMENT—3
Case No. C06-492RSM

**Law Offices of**
**Mary L. Stoll**
2033 Sixth Avenue — Suite 815
Seattle, WA  98121-2573
Telephone: 206-623-2855
Fax:  206-667-9805